IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JAMES EDWARD GRANT,

    Plaintiff,

v.

JEFFERY GILL, MATTHEW BURNS,
and ANTHONY MELI,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No.  15-cv-420-jdp

This action came before the court for consideration with District Judge James D. Peterson presiding.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants Jeffery Gill, Matthew Burns and Anthony Meli dismissing plaintiff James Edward Grant's case for failure to state a claim upon which relief may be granted.

/s/                                                 8/18/2016
Peter Oppeneer, Clerk of Court                  Date