IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JAMES EDWARD GRANT,

                Plaintiff,

v.                                                    ORDER

JEFFERY GILL, MATTHEW BURNS,                15-cv-420-jdp
and ANTHONY MELI,

                Defendants.

---

Plaintiff James Grant, who is currently detained at the Milwaukee County Jail, is a longtime filer of frivolous lawsuits in this court who has run up over $10,000 of unpaid filing fees in this court and the court of appeals. This court has restricted Grant's ability to file lawsuits: until he pays off his large debt, the only case-initiating documents he may file are habeas corpus petitions and complaints in which he alleges that he is in imminent danger of serious physical harm. Dkt. 5. Grant now asks the court to modify or rescind the sanctions against him "[d]ue to continued issues and or incidents with law enforcement officials; judicial officials; and Debra and Victor Barth." Dkt. 17, at 1.

Grant hasn't paid off his debt, nor has he provided any other good reason to lift the sanctions against him. And despite the sanctions, Grant has repeatedly continued to attempt to pursue meritless litigation in this court, including attempting to reopen a ten-year-old case against Debra Barth concerning a state court restraining order that Barth had against him. *See Grant v. Barth*, 08-cv-669-slc (W.D. Wis. July 19, 2019). Because Grant has continued with the same sort of frivolous litigation that led to the sanctions in the first place, and because his new filing suggests that he again wants to sue Barth even after his previous case was dismissed,

he hasn't given me any reason to think that his future submissions would have more merit. So I will keep the sanctions in place.

Accordingly, IT IS ORDERED that Grant's motion to modify or lift the sanctions against him, Dkt. 17, is DENIED.

Entered October 7, 2020.

                                BY THE COURT:

                                /s/

                                _____
                                JAMES D. PETERSON
                                District Judge